IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| XIAOLING DONG, | ) | CV 23-00131 JMS-WRP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO |
| ALEJANDRO MAYORKAS, | ) | DISMISS ACTION WITHOUT |
| Secretary of Department of | ) | PREJUDICE |
| Homeland Security; MERRICK | ) | |
| GARLAND, U.S. Attorney General, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE

Findings and Recommendation having been filed and served on all parties on August 15, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are ADOPTED as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge